IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAR MCCULLOUGH, :
         Petitioner, :
          :
    v. : CIVIL ACTION NO. 13-CV-3421
          :
JEROME WALSH, et al., :
         Respondents. :

## ORDER

AND NOW this 25th day of June, 2013, **IT IS HEREBY ORDERED** that the above captioned case is referred to the Honorable David. R. Strawbridge, United States Magistrate Judge, for a Report and Recommendation, and

**IT IS FURTHER ORDERED** that as per Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and that new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge.

_/s/ Harvey Bartle_
**HARVEY BARTLE, III, J.**