IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR MCCULLOUGH, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al., | : | NO.   13-3421 |
| Respondents. | : | |

**ORDER**

AND NOW, this   27th   day of June, 2013, upon consideration of the Petition for a Writ of Habeas Corpus and accompanying Memorandum of Law, and following upon the referral from the Honorable Harvey Bartle III for preparation of a Report and Recommendation, **IT IS ORDERED** that:

  1.  The Clerk of this Court **SHALL SERVE** upon the District Attorney of Philadelphia County the Form Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254, with appended brief and exhibits (Doc. 1);

  2.  The District Attorney of Philadelphia County **SHALL FILE** on or before August 15, 2013 a response to the petition pursuant to Rule 5 fol. 28 U.S.C. § 2254.  *This response is to provide Respondents' position on Petitioner's request that the Court stay consideration of his petition;*[1] and

---

[1] *See* Mem. of Law at 5-6.  Petitioner's request arises from the pendency of various appellate cases considering the retroactive applicability of *Graham v. Florida* and *Miller v. Alabama* to persons such as himself, who received a mandatory life-without-parole sentence in state court for conviction of a murder committed as a juvenile but whose convictions were final prior to the Supreme Court's issuance of these decisions.

      3.     Should Petitioner wish to file a reply to the response, his reply **SHALL BE FILED** within thirty (30) days after service of the response.

      BY THE COURT:

      /s/ David R. Strawbridge, USMJ
      DAVID R. STRAWBRIDGE
      UNITED STATES MAGISTRATE JUDGE