IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR McCULLOUGH, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al., | : | NO. 13-3421 |
| Respondents. | : | |

**ORDER**

AND NOW, this 7th day of November, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus and accompanying memorandum of law, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of the state appellate proceedings;

3. Petitioner's Motion for Appointment of Federal Habeas Corpus Counsel (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**; and

4. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings so that the habeas petition may proceed in this Court.

**ENTERED**

NOV 0 7 2013

**CLERK OF COURT**

BY THE COURT:

HARVEY BARTLE III, J.